Nancy MAROUF; Saed Marouf; Neheda Marouf,
Petitioners,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14–4136.

United States Court of Appeals, Sixth Circuit.

May 13, 2016.

Before: MERRITT, McKEAGUE, and WHITE, Circuit Judges.

### ORDER on Request for Attorneys' Fees.

Upon consideration of the request for attorneys' fees by counsel for the Marouf family, the Court has reviewed the request and the response by the government and hereby approves the amount of Five Thousand ($5,000.00) Dollars which should be awarded for attorneys' fees.

Accordingly, it is so ORDERED.